IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JARREAU AYERS | § | |
| | § | No. 194, 2025 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE | § | Cr. I.D. No. 1710003395 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellees, | § | |

Submitted: November 12, 2025
Decided: November 20, 2025

Before **VALIHURA**, **TRAYNOR**, and **GRIFFITHS**, Justices.

## O R D E R

NOW this 19th day of November 2025, the Court having considered this matter on the briefs and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Opinion dated April 3, 2025 denying Defendant's Motion for Post Conviction Relief;

NOW THEREFORE, IT IS ORDERED that the judgment of the Superior Court be and the same hereby is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice